COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *H2O Solutions, Ltd. v. PM Realty Group, LP and Provident Investor Group, GP, LLC*

Appellate case number:   01-12-00618-CV

Trial court case number: 2009-52281

Trial court:             80th District Court of Harris County

Date motion filed:       April 15, 2014

Party filing motion:     Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: <u>August 14, 2014</u>